IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL CONYERS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| RAYMOND SOBINA, et al. | : | NO. 06-5005 |

## MEMORANDUM

**ROBERT F. KELLY, Sr. J.**                                                                                     **MARCH 19, 2008**

   Samuel Conyers has filed an "Application for Appointment of Counsel on Appeal". According to the docket, the last activity in this case was an Order of the Third Circuit Court of Appeals denying Conyers request for a Certificate of Appealability on September 24, 2007.

   There has been no activity in this Court from which an appeal could possibly be taken. We will deny the request.

   We therefore enter the following Order.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL CONYERS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| RAYMOND SOBINA, et al. | : | NO. 06-5005 |

**O R D E R**

**AND NOW,** this 19th day of March, 2008, Samuel Conyers' Application for Appointment of Counsel on Appeal (Doc. No. 25) is hereby **DENIED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE